**PROSKAUER ROSE LLP**
Michael T. Mervis
Timothy Q. Karcher
Eleven Times Square
New York, NY 10036-8299
Tel.: (212) 969-3000

Nicole A. Eichberger (*pro hac vice* to be filed)
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146
Tel.: (504) 310-2024

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br>  **TRANSCARE CORPORATION,** *et al.*,<br>           **Debtors.**[1] | Chapter 7<br>Case No. 16-10407 (SMB)<br>(Jointly Administered) |
| **SALVATORE LAMONICA,** as Chapter 7 Trustee for the Estates of TransCare Corporation, <u>et al.</u>,<br>           **Plaintiff,**<br>  v.<br>**LYNN TILTON,** <u>et al.</u>,<br>           **Defendants.** | Adv. Proc. No. 18-01021 |

## NOTICE OF APEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Proskauer Rose LLP hereby appears in the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") on behalf of the defendants in the Adversary Proceeding, Lynn Tilton, Patriarch Partners Agency Services, LLC ("PPAS"), Patriarch Partners, LLC ("Patriarch Partners"), Patriarch Partners Management Group, LLC ("PPMG"), Ark II CLO 2001-1, Limited ("ARK II"), Ark Investment Partners II,

L.P. ("AIP II"), LD Investments, LLC, Patriarch Partners II, LLC, Patriarch Partners III, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Transcendence Transit, Inc. ("TT"), and Transcendence Transit II, Inc. ("TT II", and together with TT, "Transcendence") (collectively, "Defendants"), as their attorneys.

**PLEASE TAKE FURTHER NOTICE** that the Defendants request, pursuant to Bankruptcy Rules 2002, 9007, and 9010, that all notices given or required to be given in this Adversary Proceeding and all papers served or required to be served in this Adversary Proceeding, be given to and served upon the undersigned at the following office address, telephone number, and email addresses:

> Michael T. Mervis
> Timothy Q. Karcher
> Eleven Times Square
> New York, NY  10036-8299
> Tel.: (212) 969-3000
> Fax: (212) 969-2900
> Email: mmervis@proskauer.com
>            tkarcher@proskauer.com
>
> Nicole A. Eichberger (*pro hac vice* to be filed)
> 650 Poydras Street
> Suite 1800
> New Orleans, LA 70130-6146
> Tel.: (504) 310-2024
> Fax: (504) 310-2022
> Email: neichberger@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Defendants.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights: (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in this case or in any cases, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the Defendants are or may be entitled.

Dated: May 4, 2018
      New York, New York

By: */s/ Michael T. Mervis*
Michael T. Mervis
Timothy Q. Karcher
Eleven Times Square
New York, NY 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
Email: mmervis@proskauer.com
       tkarcher@proskauer.com

Nicole A. Eichberger (*pro hac vice* to be filed)
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146
Tel.: (504) 310-2024
Fax: (504) 310-2022
Email: neichberger@proskauer.com

*Attorneys for Defendants*