**PROSKAUER ROSE LLP**
Michael T. Mervis
Timothy Q. Karcher
Eleven Times Square
New York, NY  10036-8299
Tel.: (212) 969-3000

Nicole A. Eichberger (*pro hac vice* to be filed)
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146
Tel.: (504) 310-2024

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re*<br>  **TRANSCARE CORPORATION, *et al.*,**<br>                         **Debtors.**[1] | Chapter 7<br>Case No. 16-10407 (SMB)<br>(Jointly Administered) |
| **SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation, <u>et al.</u>,**<br>                         **Plaintiff,**<br>        v.<br>**LYNN TILTON, <u>et al.</u>,**<br>                         **Defendants.** | Adv. Proc. No. 18-01021 |

**DECLARATION OF NICOLE A. EICHBERGER, ESQ.**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS**
**ASSERTED IN THE CHAPTER 7 TRUSTEE'S ADVERSARY COMPLAINT**

Nicole A. Eichberger, Esq. declares, pursuant to 28 U.S.C. §1746 and under penalty of perjury, that the following is true and correct:

1. I am a partner at the law firm Proskauer Rose LLP, counsel of record for Defendants[1] in this action. I make this Declaration on personal knowledge and submit it in support of Defendants' Motion to Dismiss Certain Claims Asserted in the Chapter 7 Trustee's Adversary Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Credit Agreement between TransCare Corporation and Patriarch Partners Agency Services, LLC, as Administrative Agent, dated August 4, 2003.[2]

Dated: May 4, 2018

_____
Nicole A. Eichberger, Esq.

---

[1] The Defendants in this adversary proceeding are: Lynn Tilton, Patriarch Partners Agency Services, LLC, Patriarch Partners, LLC, Patriarch Partners Management Group, LLC, Ark II CLO 2001-1, Limited, Ark Investment Partners II, L.P., LD Investments, LLC, Patriarch Partners II, LLC, Patriarch Partners III, LLC , Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Transcendence Transit, Inc., and Transcendence Transit II, Inc.

[2] Confidential information contained in Exhibit A has been redacted.