# Exhibit A

**From:** Matt Nolan
**Sent:** Thursday, February 25, 2016 11:25 PM
**To:** pelissier@cbagroupllc.com
**Cc:** Brian Stephen; Glen Youngblood; Thomas Fuchs; Thomas Milea; Earl Kossuth; Jean Luc Pelissier; Michael Greenberg; Randy Jones; John Pothin
**Subject:** Re: Securing Assets

Is Hudson Valley payroll ok for tomorrow?

MN

Matt Nolan
Vice President
TransCare Hudson Valley
10 South White Street
Poughkeepsie, New York 12601
(845) 234-3199

On Feb 25, 2016, at 11:23 PM, "pelissier@cbagroupllc.com" <pelissier@cbagroupllc.com> wrote:

> Brian and all
>
> I just talked to Glenn who had just talked to Tom Milea
>
> Here is the plan : Tom, Glenn and some other resources are going to the Milea building to pick up the AS400 server.
>
> The server will be moved using a non ambulance vehicle to the MTA facility and reconnected on time for the MTA para transit division to do their early morning routing.
>
> Earl in PA will not be able to do CAD toomorow and will have to manage with the according procedure.
>
> Billing in PA will be held for a couple of days until the system is back in service. The AS400 move should not have any impact on Hudson Valley since they are using a different system for call intake, dispatch and billing.
>
> So as long as they can take the system tonight and move it to the MTA , they know they have enough air conditioning to run it and get going.
>
> Earl , you will have to plan running the next two days without CAD access which I understand you have a procedure for it.
>
> Best regards, Jean Luc
> Sent via BlackBerry by AT&T
>
> ---
>
> **From:** Brian Stephen <Brian.Stephen@PatriarchPartners.com>
> **Date:** Fri, 26 Feb 2016 04:14:35 +0000
> **To:** Matt Nolan<MattN@transcare.com>
> **Cc:** Glen Youngblood<GlenY@transcare.com>; Thomas Fuchs<thomasf@transcare.com>; Thomas Milea<thomasm@transcare.com>; Earl Kossuth<earlk@transcare.com>; Jean Luc Pelissier<JeanLuc.Pelissier@PatriarchPartners.com>; Michael Greenberg<Michael.Greenberg@PatriarchPartners.com>; Randy Jones<Randy.Jones@PatriarchPartners.com>; John Pothin<John.Pothin@PatriarchPartners.com>
> **Subject:** RE: Securing Assets
>
> Matt,

I am trying to confirm that it does not, but I've been out of the loop on some of that.  It is my understanding that we want to do all we can for NewCo employees and a big part of that is having an operating company as a whole.

Is there anyone who can reach out to emsCharts about the ePCR agreement?  We need to get that moved to Newco ASAP.  Please let me know who might be able to handle that.

Also, we're going to need to make sure we can get to the MTA vehicles – I have been corresponding with Tom Charles and his attorney tonight and they are expecting business as usual while we iron work through the assignment process.

Ultimately, we need to identify someone at Transcendence who can help make sure that things do not go off the rails because of whatever might be happening at TransCare.

---

**From:** Matt Nolan [mailto:MattN@transcare.com]
**Sent:** Thursday, February 25, 2016 10:59 PM
**To:** Brian Stephen
**Cc:** Glen Youngblood; Thomas Fuchs; Thomas Milea; Earl Kossuth; Jean Luc Pelissier; Michael Greenberg; Randy Jones; John Pothin
**Subject:** Re: Securing Assets

Does this impact Hudson Valley payroll?

Matt Nolan
Vice President
TransCare Hudson Valley
10 South White Street
Poughkeepsie, New York 12601
(845) 234-3199

On Feb 25, 2016, at 10:53 PM, Brian Stephen <Brian.Stephen@PatriarchPartners.com> wrote:

> Everyone,
>
> As you may be aware, the senior lenders for TransCare foreclosed on all of its assets and those assets were sold to Transcendence Transit.
>
> The initial proposal was to allow TransCare to continue to use those assets for a period of time to allow it to wind-down its business in an orderly fashion.
>
> Unfortunately, due to a number of circumstances, that will not be the case and there will be no wind-down period.
>
> As a result, we need to try and secure as many assets (ambulances, equipment, etc.) as possible as quickly as we can.
>
> I am not entirely sure where the most valuable assets are, but it makes sense to target those first – if those assets can be moved.
>
> The TransCare bankruptcy trustee has ordered employees to stop working and to return to their bases.  I have heard

unconfirmed reports that some are leaving ambulances on the road and walking away – I am not sure whether that is an accurate report.

We need to develop a plan to try and save as much as we can.

Please let me know if people are available for a call tonight and we will try to come up with a method to save what we can.

Thanks,
Brian
Brian D. Stephen
Senior Director, Legal
Patriarch Partners, LLC
One Broadway
New York, NY 10004
646.723.7656 Office
212.825.2038
www.patriarchpartners.com

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message.  Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

**TransCare Corporation Confidentiality Note** This E-mail message is intended to be received by persons entitled to receive the confidential information it may contain.  Please do not Read, Copy, Forward or Save this message unless you are the intended recipient.  If you have received this message in error, Please Forward it back to the Sender and Delete it completely from your computer system.

Checked: By Barracuda Spam and Virus Firewall

The information in this email is confidential and may be legally privileged. If you are not an intended recipient, you should delete this message.  Access to this email by anyone else is unauthorized, and any disclosure, copying, distribution or action taken or omitted in reliance on it is prohibited and may be unlawful.

**TransCare Corporation Confidentiality Note** This E-mail message is intended to be received by persons entitled to receive the confidential information it may contain.  Please do not Read, Copy, Forward or Save this message unless you are the intended recipient.  If you have received this message in error, Please Forward it back to the Sender and Delete it completely from your computer system.

Checked: By Barracuda Spam and Virus Firewall