**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:                                                                                  Chapter 7

TRANSCARE CORPORATION, et al.
                                                                                              Case No.: 16-10407 (SMB)
                                                                    Debtors.        (Jointly Administered)
-------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7
Trustee for the Estates of TransCare                                Adv. Proc. No. 18-1021
Corporation, et al.,

       Plaintiff,

       v.

LYNN TILTON, PATRIARCH
PARTNERS AGENCY SERVICES, LLC,
PATRIARCH PARTNERS, LLC,
PATRIARCH PARTNERS MANAGEMENT
GROUP, LLC, ARK II CLO 2001-1,
LIMITED, ARK INVESTMENT PARTNERS
II, L.P., LD INVESTMENTS, LLC,
PATRIARCH PARTNERS II, LLC,
PATRIARCH PARTNERS III, LLC,
PATRIARCH PARTNERS VIII, LLC,
PATRIARCH PARTNERS XIV, LLC,
PATRIARCH PARTNERS XV, LLC,
TRANSCENDENCE TRANSIT, INC., and
TRANSCENDENCE TRANSIT II, INC.

       Defendants.
-------------------------------------------------------x

## **DISCOVERY ORDER**

The Court having held a discovery conference on July 12, 2018 in the above-captioned adversary proceeding:

IT IS HEREBY ORDERED AS FOLLOWS:

    1.    The Defendants shall begin their production of documents by July 27, 2018.

2. Plaintiff and the Defendants shall complete their production of documents by August 31, 2018.

3. The Stipulated Protective Order Governing Non-Disclosure of Confidential Information [Doc. No. 545] shall apply in the above-captioned adversary proceeding.

**IT IS SO ORDERED:**

**Dated: July 23rd, 2018**  /s/ STUART M. BERNSTEIN
**New York, New York**  **United States Bankruptcy Judge**