UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                                      Chapter 7

TRANSCARE CORPORATION, et al.
                                                                                 Case No.: 16-10407 (SMB)
                                                    Debtors.         (Jointly Administered)
---------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7
Trustee for the Estates of TransCare                        Adv. Proc. No. 18-1021
Corporation, et al.,

       Plaintiff,

       v.

LYNN TILTON, PATRIARCH
PARTNERS AGENCY SERVICES, LLC,
PATRIARCH PARTNERS, LLC,
PATRIARCH PARTNERS MANAGEMENT
GROUP, LLC, ARK II CLO 2001-1,
LIMITED, ARK INVESTMENT PARTNERS
II, L.P., LD INVESTMENTS, LLC,
PATRIARCH PARTNERS II, LLC,
PATRIARCH PARTNERS III, LLC,
PATRIARCH PARTNERS VIII, LLC,
PATRIARCH PARTNERS XIV, LLC,
PATRIARCH PARTNERS XV, LLC,
TRANSCENDENCE TRANSIT, INC., and
TRANSCENDENCE TRANSIT II, INC.

       Defendants.
---------------------------------------------------------x

## DISCOVERY ORDER

The Court having held a discovery conference on October 10, 2018 in the above-captioned adversary proceeding:

IT IS HEREBY ORDERED AS FOLLOWS:

    1.    The depositions of non-parties may be taken through November 16, 2018.

2. A discovery conference will be held on November 1, 2018 at 10:00 a.m. with respect to (i) the discovery letters filed by the Plaintiffs and Defendants [Dkt. Nos. 37, 39] and (ii) the Plaintiffs' request for an extension of the Deadline for Completion for Expert Discovery.

3. The following witnesses will be deposed on the following dates:

   a. Brian Stephen: October 17, 2018;

   b. Salvatore LaMonica: October 23, 2018;

   c. Jean Luc Pelissier: October 24, 2018;

   d. Glen Youngblood: November 7, 2018; and

   e. Glenn Leland: November 15, 2018.

4. These dates cannot be changed without order of the Court or mutual consent of the parties.

IT IS SO ORDERED:

Dated: October **25th**, 2018  /s/ **STUART M. BERNSTEIN**
New York, New York  United States Bankruptcy Judge