**PROSKAUER ROSE LLP**
Michael T. Mervis
Timothy Q. Karcher
Eleven Times Square
New York, NY 10036-8299
Tel.: (212) 969-3000

Nicole A. Eichberger (*pro hac vice*)
650 Poydras Street
Suite 1800
New Orleans, LA 70130-6146
Tel.: (504) 310-2024

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* <br>    **TRANSCARE CORPORATION,** *et al.*, <br>                             **Debtors.** | Chapter 7 <br> Case No. 16-10407 (SMB) <br> (Jointly Administered) |
| **SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation,** <u>et al.</u>, <br>                            **Plaintiff,** <br>    v. <br> **LYNN TILTON,** <u>et al.</u>, <br>                            **Defendants.** | Adv. Proc. No. 18-01021 |

**NOTICE OF PRE-MOTION CONFERENCE**

PLEASE TAKE NOTICE that pursuant to paragraph 6 of the Stipulation and Scheduling Order entered on April 23, 2018 in the above-referenced adversary proceeding [Dkt 7] and Rule 7056-1 of this Court's Local Rules, Defendants requested a pre-motion conference concerning Defendants' planned summary judgment motion on March 8, 2019 [Dkt 65].

PLEASE TAKE FURTHER NOTICE that a pre-motion conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of

New York, One Bowling Green, Courtroom 723, New York, New York 10004-1408 on **March 28, 2019 at 10:00 a.m.**

Dated: March 18, 2019
       New York, New York

PROSKAUER ROSE LLP

By: *Michael T. Mervis*
    Michael T. Mervis
    Timothy Q. Karcher
    Eleven Times Square
    New York, NY 10036-8299
    Tel.: (212) 969-3000
    Fax: (212) 969-2900
    Email: mmervis@proskauer.com
          tkarcher@proskauer.com

    Nicole A. Eichberger (*pro hac vice*)
    650 Poydras Street
    Suite 1800
    New Orleans, LA 70130-6146
    Tel.: (504) 310-2024
    Fax: (504) 310-2022
    Email: neichberger@proskauer.com

*Attorneys for Defendants*