UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                            Chapter 7

TRANSCARE CORPORATION, et al.,
                                                                  Case No.: 16-10407 (SMB)
                                        Debtors.                  (Jointly Administered)
----------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7
Trustee for the Estates of TransCare                              Adv. Proc. No. 18-1021 (SMB)
Corporation, et al.,

       Plaintiff,

       v.

LYNN TILTON, PATRIARCH
PARTNERS AGENCY SERVICES, LLC,
PATRIARCH PARTNERS, LLC,
PATRIARCH PARTNERS MANAGEMENT
GROUP, LLC, ARK II CLO 2001-1,
LIMITED, TRANSCENDENCE TRANSIT, INC.,
and TRANSCENDENCE TRANSIT II, INC.

       Defendants.
----------------------------------------------------------x

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO PAY CHICAGO ECONOMICS CORP. FOR SERVICES RENDERED IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDING**

      Upon the motion (the "Motion")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee and not as an individual (the "Trustee") of the jointly-administered estates of TransCare Corporation, et al. (collectively, the "Debtors") seeking the entry of an Order, pursuant to 11 U.S.C. § 363(b), authorizing the Trustee to pay for the professional services rendered and

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

1

expenses incurred by Chicago Economics Corp. ("Chicago Economics") in the above-caption adversary proceeding and granting such other, further, and different relief as this Court deems just and proper; and upon the affidavit of service of the Motion having been electronically filed with the Court; and no additional notice being required; and upon no objections to the relief sought in the Motion having been filed with the Court; and the matter having been scheduled to be heard before the Court on **April 11, 2019 at 10:00 a.m.**; and upon the Trustee filing a Certificate of No Objection to the relief sought in the Motion on April 9, 2019; and after due deliberation and good cause appearing therefor, it is hereby:

ORDERED that the relief in the Motion is granted as set forth herein; and, it is further,

ORDERED that the Trustee is authorized to pay the outstanding invoices in the aggregate amount of $317,695.74 owed to Chicago Economics in the above-captioned adversary proceeding; and, it is further,

ORDERED that the relief granted herein is without prejudice to seek a further Order of the Court to pay Chicago Economics for any additional services rendered and expenses incurred in the above-captioned adversary proceeding; and, it is further,

ORDERED that the Trustee is authorize to pay the outstanding invoices owed to Chicago Economics from the TransCare Corporation estate; and, it is further,

ORDERED that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order; and, it is further

ORDERED that this Court shall retain jurisdiction to: (i) interpret and construe and enforce the provisions of this Order and any ancillary documents in connection therewith; (ii) hear and

determine any disputes arising under or related to the foregoing; and (iii) enforce the provisions of this Order.

Dated: April **9th**, 2019
      New York, New York

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge