**STORCH AMINI PC**
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100
Bijan Amini, Esq.
Avery Samet, Esq.
Jaime B. Leggett, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION, et al. | |
| | Case No.: 16-10407 (SMB) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x
| | |
|---|---|
| SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation, et al., | Adv. Proc. No. 18-1021 |
| Plaintiff, | |
| v. | |
| LYNN TILTON, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 2001-1, LIMITED, TRANSCENDENCE TRANSIT, INC., and TRANSCENDENCE TRANSIT II, INC. | |
| Defendants. | |

---------------------------------------------------------x

### NOTICE OF HEARING ON PARTIES' LETTERS REGARDING TRIAL SCHEDULE

PLEASE TAKE NOTICE that the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York (the "Court") has set down **July 2, 2019 at 10:00 a.m. (EST)** in Room 723 of the Court, One Bowling Green, New York, New York 10004 for a hearing on (1) Letter from Defendants Regarding Hold Dates [Dkt. No. 90] and (2) Letter from Plaintiff in Response to Defendants' June 21, 2019 Letter Regarding Trial Schedule [Dkt. No. 91].

Dated: June 24, 2018
New York, New York

**STORCH AMINI PC**
Special Counsel to Salvatore LaMonica, as Chapter 7 Trustee

By: /s/ *Jaime Leggett*
Jaime B. Leggett, Esq.
Bijan Amini, Esq.
Avery Samet, Esq.
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100