**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  :
 :
 :
      TRANSCARE CORPORATION, et al., : Chapter 7
 : Case No. 16-10407 (SMB)
 : (Jointly Administered)
                              Debtors. :
---------------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7 :
Trustee for the Estates of TransCare :
Corporation, et al., :
 :
                            Plaintiff, :
 : Adv. Proc. No. 18-1021 (SMB)
             - against - :
 :
LYNN TILTON, PATRIARCH PARTNERS :
AGENCY SERVICES, LLC, PATRIARCH :
PARTNERS, LLC, PATRIARCH PARTNERS :
MANAGEMENT GROUP, LLC, ARK II CLO :
2001-1 LIMITED, TRANSCENDENCE :
TRANSIT, INC., and TRANSCENDENCE :
TRANSIT II, INC., :
 :
                            Defendants. :
 :
---------------------------------------------------------------x

# ORDER ADJOURNING
# DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT *SINE DIE*

Upon Defendants' Motion for Partial Summary Judgment (the "Motion"); and the Court having scheduled a trial in this matter commencing on July 22, 2019; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The July 22, 2019 hearing date for the Motion is adjourned *sine die*.

2. The Plaintiff's July 15, 2019 deadline to object or otherwise respond to the Motion is adjourned *sine die*.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: **July 9th, 2019**
      New York, New York

      **/s/ STUART M. BERNSTEIN**
      THE HONORABLE STUART M. BERNSTEIN
      UNITED STATES BANKRUPTCY JUDGE