```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                         :
                                               :
                                               :
      TRANSCARE CORPORATION, et al.,            :    Chapter 7
                                               :    Case No. 16-10407 (SMB)
                                               :    (Jointly Administered)
                            Debtors.            :
-------------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7                :
Trustee for the Estates of TransCare            :
Corporation, et al.,                            :
                                               :
                            Plaintiff,          :
                                               :    Adv. Proc. No. 18-1021 (SMB)
           - against -                          :
                                               :
LYNN TILTON, PATRIARCH PARTNERS                 :
AGENCY SERVICES, LLC, PATRIARCH                 :
PARTNERS, LLC, PATRIARCH PARTNERS               :
MANAGEMENT GROUP, LLC, ARK II CLO               :
2001-1 LIMITED, TRANSCENDENCE                   :
TRANSIT, INC., and TRANSCENDENCE                :
TRANSIT II, INC.,                               :
                                               :
                            Defendants.         :
                                               :
-------------------------------------------------------------x
```

## ORDER REGARDING CERTAIN TRIAL-RELATED MATTERS

Upon Defendants' letter dated June 21, 2019, requesting clarification of certain trial-related matters and related relief [Docket No. 90] (the "Request"); and upon Plaintiff's letter dated June 24, 2019 in response to the Request [Docket No. 91]; and upon Defendants' letter dated June 28, 2019 [Docket No. 100] in further support of the Request; and a hearing having been held before this Court on July 2, 2019 (the "Hearing") to consider the parties' letters, as well as the arguments of counsel; and upon the record of the Hearing, the parties' letters, and the arguments of counsel;

IT IS HEREBY ORDERED THAT:

1.	Defendant Lynn Tilton ("Tilton") will not testify at trial on July 22, 23 or 24.  When the trial commences on July 22, 2019, Defendants shall provide the Court with dates after July 24, 2019 on which Tilton can appear and testify.  Plaintiff's examination of Tilton shall be limited to two (2) hours.

2.	The parties shall file written opening statements with this Court by July 19, 2019. The written opening statements shall not exceed twenty (20) pages.

3.	The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

DATED: **July 10th, 2019**
	New York, New York

                                     **/s/ STUART M. BERNSTEIN**
                                      THE HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE