**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>         Debtors. | Chapter 7<br><br>Case No. 16-10407-smb |
| SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation, et al.,<br>         Plaintiff,<br><br>- against -<br><br>LYNN TILTON, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 2001-1 LIMITED, TRANSCENDENCE TRANSIT, INC. and TRANSCENDENCE TRANSIT II, INC.,<br>         Defendants. | Adv. Proc. No. 18-01021-smb |

**STIPULATION AND ORDER FIXING TIME TO FILE
OBJECTION TO PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW AND RESPONSE THERETO**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Salvatore LaMonica and Defendant Lynn Tilton, that Defendant Lynn Tilton's objection to the Proposed Findings of Fact and Conclusions of Law, entered July 6, 2020 (ECF Doc. #138) shall be filed by August 7, 2020; and Plaintiff Salvatore LaMonica's response to the objection shall be filed by September 9, 2020.

[Remainder of page left blank]

Accepted and agreed:

| AMINI LLC | PROSKAUER ROSE LLP |
|---|---|
| /s/ Avery Samet | /s/ Michael T. Mervis |
| Bijan Amini | Michael T. Mervis |
| Avery Samet | Timothy Q. Karcher |
| Jeffrey Chubak | Eleven Times Square |
| 131 West 35th Street, 12th Floor | New York, New York 10036 |
| New York, New York 10001 | (212) 969-3000 |
| (212) 490-4700 | mmervis@proskauer.com |
| bamini@aminillc.com | tkarcher@proskauer.com |
| asamet@aminillc.com | *Attorneys for Defendant Lynn Tilton* |
| jchubak@aminillc.com | |
| *Attorneys for Plaintiff Salvatore LaMonica, as Chapter 7 Trustee* | |

So ordered:

Dated: New York, New York
July **15th**, 2020

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge