**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407-smb |
| SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation, et al.,<br>Plaintiff,<br><br>- against -<br><br>LYNN TILTON, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 2001-1 LIMITED, TRANSCENDENCE TRANSIT, INC. and TRANSCENDENCE TRANSIT II, INC.,<br>Defendants. | Adv. Proc. No. 18-01021-smb<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I hereby certify under penalty of perjury, pursuant to Local Bankruptcy Rule 9078-1, that on July 23, 2020, I caused **Plaintiff's Motion for Order Authorizing Prejudgment Discovery of Defendant Lynn Tilton** [Dkt. No. 144] to be filed by ECF, thereby causing Notice of Electronic Filing of the foregoing document to be served on counsel for Defendant Lynn Tilton by e-mail at the following addresses: Michael T. Mervis mmervis@proskauer.com; Timothy Q. Karcher tkarcher@proskauer.com; Nicole A. Eichberger neichberger@proskauer.com.

Dated: July 24, 2020

AMINI LLC

/s/ Bijan Amini
Bijan Amini
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
*Attorneys for Plaintiff Salvatore LaMonica, as Chapter 7 Trustee*