**PROSKAUER ROSE LLP**
Michael T. Mervis
Timothy Q. Karcher
Eleven Times Square
New York, NY 10036-8299
Tel.: (212) 969-3000

*Attorneys for Defendants-Appellants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                       :
                                                             :
                                                             :
      TRANSCARE CORPORATION, et al.,           :  Chapter 7
                                                             :  Case No. 16-10407 (SMB)
                                                             :  (Jointly Administered)
                                  Debtors.    :
-------------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7                             :
Trustee for the Estates of TransCare                         :
Corporation, et al.,                                         :
                                                             :
                          Plaintiff,              :
                                                             :  Adv. Proc. No. 18-1021 (SMB)
          - against -                                    :
                                                             :
LYNN TILTON, PATRIARCH PARTNERS                              :
AGENCY SERVICES, LLC, PATRIARCH                              :
PARTNERS, LLC, PATRIARCH PARTNERS                            :
MANAGEMENT GROUP, LLC, ARK II CLO                            :
2001-1 LIMITED, TRANSCENDENCE                                :
TRANSIT, INC., and TRANSCENDENCE                             :
TRANSIT II, INC.,                                            :
                                                             :
                         Defendants.            :
                                                             :
-------------------------------------------------------------x

**<u>NOTICE OF APPEAL</u>**

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellants:** Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc., Transcendence Transit II, Inc., and Ark II CLO 2001-1 Limited (collectively, "Defendants-Appellants").

2. **Position of appellants in the adversary proceeding that is the subject of this appeal:** Defendants.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order or decree appealed from:** Defendants-Appellants, by their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8002 and 8003, from the judgment entered against Defendants-Appellants by the United States Bankruptcy Court for the Southern District of New York on July 15, 2020 [Dkt. No. 141] (the "Judgment") (annexed hereto as **Exhibit A**), pursuant to the *Post-Trial Findings of Fact and Conclusions of Law* of the United States Bankruptcy Court for the Southern District of New York, dated July 6, 2020 [Dkt. No. 138] (annexed hereto as **Exhibit B**), with respect to Counts 7, 10, and 11 of Plaintiff-Appellee's Amended Complaint.

2. **State the date on which the judgment, order, or decree was entered:** the Judgment was entered on Wednesday, July 15, 2020.

**Part 3: Identify the other parties to the appeal**

The relevant parties to the judgment, order, or decree appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| **Plaintiff-Appellee:**<br>Salvatore LaMonica (Chapter 7 Trustee) | Bijan Amini<br>Avery Samet<br><br>Amini LLC<br>131 West 35th St., 12th Floor<br>New York, NY 10001<br>Tel: (212) 490-4700 |
| **Defendants-Appellants:**<br>Patriarch Partners Agency Services, LLC<br>Transcendence Transit, Inc.<br>Transcendence Transit II, Inc.<br>Ark II CLO 2001-1 Limited | Michael T. Mervis<br>Timothy Q. Karcher<br><br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000 |

**Part 4: Not Applicable (No BAP in this District)**

**Part 5: Signature**

Dated: July 27, 2020
      New York, New York

                                        Respectfully submitted,

                                        PROSKAUER ROSE LLP

                                        By: */s/ Michael T. Mervis*
                                            Michael T. Mervis
                                            Timothy Q. Karcher
                                            Eleven Times Square
                                            New York, NY  10036-8299
                                            Tel.: (212) 969-3000
                                            Fax: (212) 969-2900
                                            Email: mmervis@proskauer.com
                                                      tkarcher@proskauer.com

                                        *Attorneys for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July 2020, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of such filing to the Chapter 7 Trustee's counsel and the interested parties registered to receive ECF notification from the court.

/s/ Michael T. Mervis
Michael T. Mervis