**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 16-10407-smb |
| SALVATORE LAMONICA, as Chapter 7 Trustee for the Estates of TransCare Corporation, et al.,<br>　　　　　　　　　　Plaintiff,<br><br>　　　- against -<br><br>LYNN TILTON, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 2001-1 LIMITED, TRANSCENDENCE TRANSIT, INC. and TRANSCENDENCE TRANSIT II, INC.,<br>　　　　　　　　　　Defendants. | Adv. Proc. No. 18-01021-smb |

**ORDER DENYING MOTION FOR PREJUDGMENT
<u>DISCOVERY OF DEFENDANT LYNN TILTON</u>**

Upon the motion of Plaintiff Salvatore LaMonica, as Chapter 7 Trustee ("Trustee"), for an order authorizing prejudgment discovery of Defendant Lynn Tilton ("Tilton") pursuant to CPLR § 5229, made applicable by Rule 64 (ECF Doc. #144); and upon consideration of Tilton's objection to the motion (ECF Doc. #147) and the Trustee's reply in support (ECF Doc. #153); and a hearing on the motion, having been held August 13, 2020; now, therefore, it is hereby:

ORDERED, that for reasons set forth by the Court on the record at the hearing, the motion is denied.

Dated: New York, New York
　　　　August **25th**, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ STUART M. BERNSTEIN**
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge