**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: LAMONICA et al v. Tilton et al | CASE NO.: 18–01021–dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021    Vito Genna
Clerk of the Court