**Amini LLC**
131 West 35th Street
12th Floor
New York, NY 10001
212-490-4700

*Invoice submitted to:*
LaMonica Herbst & Maniscalco, LLP

November 1, 2023
File # 79840117

*Invoice* # 12065

*In Reference To:* TransCare

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/30/2020 | BA | Review incoming brief on PPAS appeal | 1.00 | 720.00 |
| | AS | Reviewed trust documents and email to JC re: same (.1); emails with JWB re: appeal brief (.1) | 0.20 | 99.00 |
| | JWB | Reviewing prior briefs and key cases cited by defendants on issues potentially relevant to appeal;emails with AS; initial skim of appeal brief | 4.50 | 2,531.25 |
| | JC | Review second and third volume of judgment debtors production, BBVA and Wells Fargo bank statements, and C. Mercado chart providing context for transfers (4.3); draft email to Proskauer re: same (.5); review appeal brief (.7) | 5.50 | 2,475.00 |
| | CJH | Call with JC re: PPAS production and data re: same | 0.40 | 153.00 |
| 10/1/2020 | BA | Conferences with JC re: collection efforts, response to Proskauer positions | 0.50 | 360.00 |
| | AS | Instructions to AB re: appendix and cases cited (.5); reviewed appeal brief (.5); email to client re: appeal (.3); call with JC re: PPAS judgment discovery disputes (.4); began outlining appeal issues (.3) | 2.00 | 990.00 |
| | JWB | Further review of defendants' appeal brief | 0.70 | 393.75 |
| | JC | Research re: standard of review, requirements re: appeal brief and prepare same (2.4); email with Citi subpoena compliance unit (.2); review letters from Citi, Chase, BB&T re: subpoena (.3); preparation of subpoenas and restraining notices to parties alleged to owe agency fees to PPAS (.8); conference with LK re: service (.2); conference with AS re: collection (.5); email with A. Deming (Proskauer) re: production deficiencies (1.3) | 5.70 | 2,565.00 |
| | AB | Call with AS; reviewed index of exhibits of brief; compared exhibits with previously filed briefs | 1.70 | 198.90 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/2020 | LK | Prepared and scanned information subpoenas with restraining notices as per JC | 0.60 | 70.20 |
| 10/2/2020 | BA | Conference with AS, JWB, AB re: appeal response process issues; reviewing appellant's brief, comparison vs post-trial submission | 4.50 | 3,240.00 |
| | AS | Call with BA, JWB, and AB re: appeal brief (.4); call with JWB re: same (.9); prepared outline of brief (.6); call with BA and JC re: PPAS discovery dispute (.3); emails with AB re: appendix project (.2) | 2.40 | 1,188.00 |
| | JWB | Conference call on strategy (.4); teleconference with AS re: initial tasks (.7); beginning research and review of cases cited by appellants (2.9); follow-up emails with AS and AB (.3) | 4.30 | 2,418.75 |
| | JC | Email with AS re: inclusion of deposition transcripts in record on appeal; email, conference with RB re: same (.2); review record on appeal re: same (.4); draft subpoena to Anchin (accountant) and research re: nature of requests (2.2) | 2.80 | 1,260.00 |
| | RB | Reviewed record on appeal and designations e-binder for deposition designations | 0.30 | 40.50 |
| | AB | Zoom meeting with BA, AS, and JWB re: case update; compared cases from previous briefs; pulled all cases cited in brief | 2.10 | 245.70 |
| 10/3/2020 | JWB | Beginning review of legal issues raised by appeal brief including review of key cases cited by appellants | 2.40 | 1,350.00 |
| 10/4/2020 | JWB | Review of cases appellants cite with outlining, notetaking and additional research on questions raised | 5.10 | 2,868.75 |
| 10/5/2020 | BA | Review outline, JWB emails, JC collection reports; teleconference with JC re: same | 1.00 | 720.00 |
| | AS | Prepared appeal outline (.7); legal research re: standard of review (.4) | 1.10 | 544.50 |
| | JWB | Complete initial review and notetaking on cases cited, together with related research on questions raised | 6.20 | 3,487.50 |
| | JC | Review bank statements produced and email correspondence from Proskauer | 0.50 | 225.00 |
| 10/6/2020 | BA | Review brief status with AS | 0.80 | 576.00 |
| | AS | Call with JWB re: appeal brief (.7); discussed same with BA (.2) | 0.90 | 445.50 |
| | JWB | Discussions with AS on tasks (1.2); initial follow-up and outlining (1.1) | 2.30 | 1,293.75 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/6/2020 | JC | Email with A. Deming, M. Hackett re: closeout of Transcendence Transit, BB&T account and review bank statements re: same (.5); conduct research re: General Objection #12 re: transfers not subject to attachment/execution (2) | 2.50 | 1,125.00 |
| | LK | Prepared and scanned subpoena and restraining notice to Anchin as per JC | 0.30 | 35.10 |
| 10/7/2020 | BA | Conferences with JWB, AS; review materials re: appeal | 1.80 | 1,296.00 |
| | AS | Attention to brief | 0.30 | 148.50 |
| | JWB | Reworking standard of review section for appeal brief | 3.60 | 2,025.00 |
| | JC | Email with E. D'Avanzo (Snelling) re: information subpoena | 0.20 | 90.00 |
| 10/8/2020 | BA | Follow-up conference on appeal brief with JWB, AS | 0.40 | 288.00 |
| | AS | Reviewed JWB insert and email re: same (.1); call with JWB re: next steps (.2) | 0.30 | 148.50 |
| | JWB | Draft and circulate insert on timing of valuation for damages | 4.20 | 2,362.50 |
| | JC | Review HSBC correspondence re: subpoena (.2); research re: General Objection #12 re: transfers not subject to attachment and execution and draft motion to compel (2.6) | 2.80 | 1,260.00 |
| 10/9/2020 | JWB | Further research on going-concern valuation issues (1.5); email AS re: same (.2) | 1.70 | 956.25 |
| | JC | Email with N. Lieberman (Anchin) re: subpoena (.2); email with BA, AS re: A. Deming email re: production deficiencies (.3); research re: General Objection #12 re: MOMA system (3.6); attention to motion to compel (.5) | 4.60 | 2,070.00 |
| 10/12/2020 | AS | Attention to appeal outline (.4); discussion with JC re: various research projects (.5); attention to information subpoena recipient (.1) | 1.00 | 495.00 |
| | JWB | Teleconference with AS re: next steps and overall strategy (.6); drafting short insert for brief per AS discussion on going-concern issues (.8); reviewing prior notes on distinguishing appellants' cases to identify points not made in prior inserts drafted (1.5) | 2.90 | 1,631.25 |
| | JC | Email with R. Holtz (Latham) re: information subpoena to RM Acquisition (.3); email with A. Deming re: General Objection #12 re: MOMA system, further research re: same (1.8); draft motion to compel (3.6) | 5.70 | 2,565.00 |
| 10/13/2020 | BA | Emails, conference with JC re: snelling suit, collection status | 0.20 | 144.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/13/2020 | AS | Calls with JWB re: appeal brief (1.5); prepared outline re: same (.5) | 2.00 | 990.00 |
|  | JWB | Teleconferences with AS re: brief strategy and next tasks (1.5); reviewing/outlining bankruptcy court's statement of intent law versus framing of that law in appellants' brief (2.6) | 4.10 | 2,306.25 |
|  | JC | Email with Anchin GC re: subpoena (.2); review response to Snelling information subpoena, update chart and email with BA, AS re: response (.4); attention to motion to compel (2.5) | 3.10 | 1,395.00 |
|  | RB | Emails with AS re: joint PTO | 0.10 | 13.50 |
| 10/14/2020 | JWB | Drafting insert for appeal brief on bankruptcy court's statement of law on intent and appellants' failure to dispute it | 3.30 | 1,856.25 |
|  | LK | Prepared and scanned subpoena and restraining notice as per JC | 0.40 | 46.80 |
| 10/15/2020 | AS | Email to JWB re: next steps | 0.20 | 99.00 |
|  | JWB | Emails with AS following up on previous draft insert and discussing next steps | 0.70 | 393.75 |
| 10/16/2020 | AS | Prepared appeal brief | 0.70 | 346.50 |
|  | JC | Conference with AS; conference with LK re: confirming closeout of Transcendence account was transferred to TransCare account (.5); review A. Deming email re: MOMA, attention to motion to compel (1.8) | 2.30 | 1,035.00 |
|  | RB | Prepared joint pretrial order in Word version as per AS | 0.40 | 54.00 |
|  | LK | Searched for matching entries according to Transcendence's BB&T account as per JC | 0.80 | 93.60 |
| 10/18/2020 | AS | Prepared appeal opposition brief | 7.60 | 3,762.00 |
| 10/19/2020 | AS | Prepared appellate brief | 9.50 | 4,702.50 |
|  | JC | Research re: A. Deming defense as to third party discovery and email with Proskauer re: position re: judgment discovery; research re: avoidance of book transfers; teleconference with BBVA re: production | 2.60 | 1,170.00 |
| 10/20/2020 | BA | Conference with AS re: brief issues, form; review JWB comments (1.2); emails, conference with JC re: follow-up discovery (.6) | 1.80 | 1,296.00 |
|  | AS | Prepared appellate brief (6.5); call with JWB re: projects re: same (.7); check in with BA re: same (.2) | 7.40 | 3,663.00 |
|  | JWB | Teleconference with AS re: brief and open issues; researching re: relationship between solvency and badges of fraud | 3.10 | 1,743.75 |

LaMonica Herbst & Maniscalco, LLP                                                                           Page    5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/20/2020 | JC | Review pre-meet-and-confer email from A. Deming and research re: same (.8); pre-conference call with BA (.2); attend meet and confer with Proskauer (.7); attention to letter to Judge Bernstein requesting discovery conference and email with BA, AS re: same (2.8) | 4.50 | 2,025.00 |
| | RB | Reviewed Tilton testimony re: equity in Transcendence | 1.60 | 216.00 |
| 10/21/2020 | BA | Conference with AS re: draft status, issues, next steps | 0.80 | 576.00 |
| | AS | Prepared appeal brief | 7.80 | 3,861.00 |
| | JWB | Drafting insert for brief per discussion with AS | 1.20 | 675.00 |
| | JC | Attention to letter re: judgment discovery dispute and email with BA, AS re: same | 1.30 | 585.00 |
| | RB | Reviewed trial transcripts re: equity in Transcendence and ownership (1.5); emails with AS re: same (.2) | 1.70 | 229.50 |
| 10/22/2020 | BA | Review letter to Judge Bernstein; conference with AS, JC re: same (.7); conference with AS re: table of contents discussion of reply brief (re: PPAS brief vs response) (.3) | 1.00 | 720.00 |
| | AS | Prepared appellee brief | 9.00 | 4,455.00 |
| | JC | Incorporate comments to letter re: judgment discovery and email with BA, AS re: same | 1.80 | 810.00 |
| 10/23/2020 | BA | Review AS draft, notes re: same for follow-ups | 2.00 | 1,440.00 |
| | AS | Prepared appeal brief and legal research re: same | 4.40 | 2,178.00 |
| | RB | Circulated appeal brief (.1); reviewed J. Husson deposition transcript as per AS (.4) | 0.50 | 67.50 |
| 10/24/2020 | BA | Review brief, exhibits re: comments and revisions | 3.00 | 2,160.00 |
| | LBW | Review draft responsive appeal brief and comment | 3.50 | 2,047.50 |
| 10/25/2020 | BA | Conference with AS, LBW re: reviewing draft of appeal brief | 2.00 | 1,440.00 |
| | AS | Took comments from BA and LBW and revised appeal brief | 1.30 | 643.50 |
| | LBW | Review PPAS's appeal brief (1.4); re-review draft appeal brief (1.7); teleconference with BA, AS to review comments on draft response brief (1.4) | 4.50 | 2,632.50 |
| 10/26/2020 | BA | Review latest draft with revisions from yesterday (1.5); team conference re: appeal brief tasks/issues (.8); conference, emails with JC, AS re: motion to compel PPAS (.7) | 3.00 | 2,160.00 |

|            |     |                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 10/26/2020 | AS  | Revised appeal brief (2.5); comments to letter to Court re: PPAS discovery (.2); calls with paralegals re: next steps on appeal brief (.3)                                                                                | 3.00  | 1,485.00 |
|            | JC  | Attention to letter re: discovery dispute as to MOMA system and email with BA and AS re: same; incorporate comments from same (1.8); review RM response to information subpoena (.3)                                     | 2.10  | 945.00   |
|            | RB  | Calls and emails with paralegals and AS re: cites (.4); cite-checked draft brief (1.1)                                                                                                                                   | 1.50  | 202.50   |
|            | AB  | Cite checking and filling in cites for brief (3.9); calls with AL re: cite checking (.2); call with RB, AS, and AL re: cite checking format (.1)                                                                         | 4.20  | 491.40   |
|            | LK  | Attended call with AL, RB, and AB re: TransCare brief (.2); attended call with AL, RB, AB, and AS re: TransCare brief (.3)                                                                                               | 0.50  | 58.50    |
|            | AL  | Zoom meeting re: citations and format (.2); cite-filling, cite-checking, and reference checking for the brief (3.9)                                                                                                      | 4.10  | 479.70   |
| 10/27/2020 | BA  | Team meeting re: appeal brief (.5); conferences with JC, AS re: PPAS discovery dispute (.5)                                                                                                                              | 1.00  | 720.00   |
|            | AS  | Prepared appellee's brief (1); call with JWB re: comments to brief (1.7); call and email with RB re: paralegal projects (.2)                                                                                             | 2.90  | 1,435.50 |
|            | JWB | Thorough review of latest draft of appeal brief and multiple teleconferences with AS re: comments                                                                                                                        | 5.60  | 3,150.00 |
|            | JC  | Attention to discovery dispute letter and incorporate comments to same                                                                                                                                                   | 1.50  | 675.00   |
|            | RB  | Emails with LK, AB, AL, and AS re: cite checking status (.2); reviewed and compiled brief comments (.5); call with AS re: brief (.2); reviewed trial transcript re: bill of sale (1.9); reviewed post-trial briefs re: Paratransit value and $22M price (2) | 4.80  | 648.00   |
|            | AB  | Finished filling in cites for brief (.7); researched questions re: brief sent by AS (2.3)                                                                                                                                | 3.00  | 351.00   |
| 10/28/2020 | BA  | Conferences with AS re: appeal brief, team meeting re: same                                                                                                                                                              | 1.20  | 864.00   |
|            | AS  | Prepared appellee brief                                                                                                                                                                                                   | 2.70  | 1,336.50 |
|            | RB  | Calls with AS re: brief cites (2.2); prepared index of trial exhibits (.6); reviewed draft brief (2.3); prepared checklist for finalizing brief (.4); compared designations to appendix (.9)                             | 6.40  | 864.00   |
|            | AB  | Researched questions re: brief sent by AS (1.6); sent AS and RB overview of research (.2)                                                                                                                                | 1.80  | 210.60   |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/29/2020 | AS | Prepared appellate brief | 4.80 | 2,376.00 |
|  | RB | Prepared checklists for brief finalization (.8); call with AS and AB re: same (.3); edited brief (4.1); call with AS re: same (.9); reviewed supplemental appendix draft (.1); emails with LK, AS and JC re: same (.2); researched Judge Kaplan's rules (.2) | 6.60 | 891.00 |
|  | AB | Call with AS re: brief projects (.1); call with RB and AS re: brief projects (.2); continued pulling Arnold cites and evidence re: his role as an expert (1.6); looked for and filled in empty cites (1) | 2.90 | 339.30 |
|  | LK | Prepared supplemental appendix | 0.60 | 70.20 |
| 10/30/2020 | BA | Team meeting re: brief due 11/2 | 0.60 | 432.00 |
|  | AS | Prepared appeal brief (1.6); call with paralegals re: citations and additional projects (.9) | 2.50 | 1,237.50 |
|  | JC | Review appendix and teleconference with LK re: same | 0.30 | 135.00 |
|  | CJH | Meet with RB, AB, LK, and AL re: plan for finalizing brief and correspondence re: same | 0.40 | 153.00 |
|  | RB | Created and circulated paralegal 10/30 agenda for finalizing brief (.4); meeting with CJH, AL, LK, and AB re: same (.2); reviewed and edited brief draft (2.4); call with AS, AB, LK and AL re: same (.8) | 3.80 | 513.00 |
|  | AB | Call with LK, RB, and AL re: cite checking (.2); edit and review appeal brief including cite checking, filling in cites and checking footnotes for duplication (5.8); call with RB, AL, LK and AS (.7) | 6.70 | 783.90 |
|  | LK | Prepared supplemental appendix (.5); formatted cites as per RB; call with RB, AB, AL and AS re: finalizing brief (.7); call with RB, AB, AL re: finalizing brief (.2); formatted cites and proofread brief (5.6) | 7.00 | 819.00 |
|  | AL | Teams call re: appellate brief (.5); cite-check and referenced-check appellee brief (4); standardize formatting (.9); call with AS, RB, LK, AB re: brief review and next steps (.7) | 6.10 | 713.70 |
| 10/31/2020 | AB | Summarized all quotes from Arnold project (.5); finished cite checking brief and reviewing footnotes (.5) | 1.00 | 117.00 |
|  | LK | Updated Supplemental Appendix (.3); formatted cites and proof-read brief (.6) | 0.90 | 105.30 |
|  | AL | Added signature block to brief; checked and formatted new cites added by AS | 1.30 | 152.10 |
| 11/1/2020 | BA | Review emails (brief inserts) with AS; review draft appeal response | 2.00 | 1,440.00 |

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2020 | AS | Revised appeal brief and prepared for filing | 6.50 | 3,217.50 |
| | CJH | Review and finalize brief | 1.10 | 420.75 |
| | AB | Call with AS re: finalizing brief (1.3); prepared brief for finalizing and filing including filling in cites, checking cites, proofreading, fixing formatting issues (2) | 3.30 | 386.10 |
| 11/2/2020 | BA | Team meeting, various emails, teleconferences re: last minute issue re: appeal brief | 2.60 | 1,872.00 |
| | AS | Finalized appeal brief and appendix for filing | 6.30 | 3,118.50 |
| | JC | Emails with AB, RB, LK, CJH, and AS re: appeal brief | 0.60 | 270.00 |
| | CJH | Review and finalize brief; calls with AS, AB, AL, and LK re: same | 6.40 | 2,448.00 |
| | AB | Prepared brief for finalizing and filing including filling in cites, checking cites, proofreading, fixing formatting issues and prepared cover page (4.7); call with CJH and LK re: formatting (.2); call with AS re: brief (.1); call with AS, CJH, LK re: brief (1.2); finalized and e-filed brief (1.2) | 7.40 | 865.80 |
| | LK | Finalized supplemental appendix (1); formatted, proofread, and cite-checked brief (3.8); call with AS, CJH, and AB re: brief (1.2); call with CJH and AB re: certificate of compliance (.2); prepared formatted and verified table of authorities (1.2); finalized brief and assisted with filing (1) | 8.40 | 982.80 |
| | | **For professional services rendered** | **333.40** | **$138,764.70** |
| | | **Balance due** | | **$138,764.70** |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Avery Samet - Member | 86.80 | 495.00 | $42,966.00 |
| Bijan Amini - Member | 31.20 | 720.00 | $22,464.00 |
| Lita Beth Wright - Member | 8.00 | 585.00 | $4,680.00 |
| Casey Hail - Associate | 8.30 | 382.50 | $3,174.75 |
| Jeff Chubak - Associate | 50.40 | 450.00 | $22,680.00 |
| John W. Brewer - Of Counsel | 55.90 | 562.50 | $31,443.75 |
| Ryan Bathras - Paralegal | 27.70 | 135.00 | $3,739.50 |
| Abla Laallam - Paralegal | 11.50 | 117.00 | $1,345.50 |
| Anjanique Barber - Paralegal | 34.10 | 117.00 | $3,989.70 |
| Leah Khalil - Paralegal | 19.50 | 117.00 | $2,281.50 |