WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

*Attorneys for Defendant Patriarch Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, *et al.*,<br>                    Plaintiffs,<br>v.<br><br>LYNN TILTON, *et al.*,<br>                    Defendants. | Adv. Pro No. 18-AP-01021-DSJ |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

     **PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP hereby enters its appearance (the "**Notice of Appearance**") in the above-captioned chapter 7 cases as counsel to Defendant Patriarch Partners Agency Services, LLC ("**PPAS**") pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and requests that copies of any and all notices and papers filed or entered in this case be delivered to and served upon the following:

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Attention: Ronit Berkovich

Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: ronit.berkovich@weil.com

**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW, Suite 600,
Washington, DC 20036
Attention: Mark A. Perry
            Chris Conrad

Telephone: (202) 682-7248
Facsimile: (202) 857-0940
Email: Mark.Perry@weil.com
            Chris.Conrad@weil.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any substantive of procedural rights of PPAS including, without limitation, (i) the right to have final orders in non-core matters arising in or related to the above-captioned chapter 7 cases entered

only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in these chapter 7 cases or in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the right to object to the jurisdiction of this Bankruptcy Court; and (v) an election of remedies.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments to which PPAS is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: April 1, 2024
      New York, New York

                                        */s/ Ronit Berkovich*
                                     WEIL, GOTSHAL & MANGES LLP
                                     767 Fifth Avenue
                                     New York, New York  10153
                                     Telephone:  (212) 310-8000
                                     Facsimile:  (212) 310-8007
                                     Ronit Berkovich

                                     WEIL, GOTSHAL & MANGES LLP
                                     2001 M Street, NW, Suite 600,
                                     Washington, DC 20036
                                     Telephone: (202) 682-7248
                                     Facsimile: (202) 857-0940
                                     Mark A. Perry
                                     Chris Conrad

                                     *Attorneys for Defendant Patriarch*
                                     *Partners Agency Services, LLC*