WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

*Counsel for Defendant Patriarch Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, *et al.*,<br>Plaintiffs,<br>v.<br>LYNN TILTON, *et al.*,<br>Defendants. | Adv. Pro No. 18-AP-01021-DSJ |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark A. Perry, request admission, ***pro hac vice***, before the Honorable David S. Jones, to represent Patriarch Partners Agency Services, LLC in the above-captioned adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the States of California and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 1, 2024
        Washington, D.C.

                                                                                       */s/ Mark A. Perry*
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York 10153
                                                  Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007
                                                  Ronit Berkovich

                                                  WEIL, GOTSHAL & MANGES LLP
                                                  2001 M Street, NW, Suite 600,
                                                  Washington, DC 20036
                                                  Telephone: (202) 682-7248
                                                  Facsimile: (202) 857-0940
                                                  Mark A. Perry
                                                  Chris Conrad

                                                  *Counsel for Defendant Patriarch*
                                                  *Partners Agency Services, LLC*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

*Counsel for Defendant Patriarch Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation*, et al.*,<br>Plaintiffs,<br>v.<br>LYNN TILTON, *et al.*,<br>Defendants. | Adv. Pro No. 18-AP-01021-DSJ |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark A. Perry, to be admitted, *pro hac vice*, to represent Patriarch Partners Agency Services, LLC, (the "**PPAS**") in the above-captioned adversary proceeding, and upon the certification that the member is in good standing of the bar in the States of California and the District of Columbia,

**IT IS HEREBY ORDERED**, that Mark A. Perry is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent PPAS, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
      New York, New York

 

                                              THE HONORABLE DAVID S. JONES
                                              UNITED STATES BANKRUPTCY JUDGE