WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

*Counsel for Defendant Patriarch Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation*, et al.*,<br>Plaintiffs,<br>v.<br>LYNN TILTON, *et al.*,<br>Defendants. | Adv. Pro No. 18-AP-01021-DSJ |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Christopher Conrad, request admission, ***pro hac vice***, before the Honorable David S. Jones, to represent Patriarch Partners Agency Services, LLC in the above-captioned adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the States of New York and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 1, 2024
Washington, D.C.

                                           */s/ Christopher Conrad*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600,
Washington, DC 20036
Telephone: (202) 682-7248
Facsimile: (202) 857-0940
Mark Perry
Christopher Conrad

*Counsel for Defendant Patriarch Partners Agency Services, LLC*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ronit Berkovich

*Counsel for Defendant Patriarch Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al.*,<br><br>                      Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, *et al.*,<br>                      Plaintiffs,<br>v.<br><br>LYNN TILTON, *et al.*,<br>                      Defendants. | Adv. Pro No. 18-AP-01021-DSJ |

## **ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Christopher Conrad, to be admitted, ***pro hac vice***, to represent Patriarch Partners Agency Services, LLC, (the "**PPAS**") in the above-captioned adversary proceeding, and upon the certification that the member is in good standing of the bar in the States of New York and the District of Columbia,

**IT IS HEREBY ORDERED**, that Christopher Conrad is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding to represent PPAS, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
       New York, New York

                                                        _____
                                                        THE HONORABLE DAVID S. JONES
                                                        UNITED STATES BANKRUPTCY JUDGE