Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Counsel for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>                                                          Debtors. | Chapter 7<br><br>16-bk-10407 (DSJ)<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>                                                          Plaintiff,<br>v.<br>LYNN TILTON, et al.,<br>                                                          Defendants. | 18-ap-1021 (DSJ)<br><br>**<u>NOTICE OF ADJOURNMENT OF HEARING</u>**<br><br>Re: ECF Doc. #169 |

PLEASE TAKE NOTICE the hearing on the **Motion to Approve Attorneys' Fees Award Against Defendant Patriarch Partners Agency Services, LLC under Debtor and Creditor Law § 276-a** (ECF Doc. #169) ("Motion"), that was scheduled for April 18, 2024, at 10:00 a.m., has been adjourned to May 29, 2024, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE any response or objection to the Motion must be filed by May 22, 2024.

PLEASE TAKE FURTHER NOTICE the hearing will be conducted remotely by Zoom. Parties wishing to appear must make an electronic appearance via the Court's eCourt Appearances tool by 4:00 p.m. the business day before the hearing. Following that deadline, the Court will email the Zoom link for the hearing to those parties which have made an electronic appearance.

Parties wishing to appear must make an electronic appearance via the above link, and not by emailing or otherwise contacting the Court.

    PLEASE TAKE FURTHER NOTICE the Motion is available on written request of the undersigned, or alternatively via PACER (login and password required).

Dated: New York, New York
       April 3, 2024

Amini LLC

/s/ Avery Samet
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Counsel for Plaintiff