**MEMORANDUM ENDORSED ORDER**

Request for hybrid hearing is approved.

So ordered.

Dated: 10/30/24     *s/ DSJ*, USBJ

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Ronit Berkovich
+1 (212) 310-8534
ronit.berkovich@weil.com

October 29, 2024

The Honorable David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Courtroom 701
New York, NY 10004

Re: *LaMonica v. Tilton (In re TransCare Corp.)* (Adv. Proc. No. 18-01021)

Dear Judge Jones:

We represent defendant Patriarch Partners Agency Services, LLC and write to seek permission to appear in-person at the hearing on **November, 7, 2024 at 10:00 a.m.** We believe in-person oral argument will assist the Court with its resolution of the Trustee's motion, and understand from Chambers that Your Honor may be conducting hybrid hearings that day.

Respectfully submitted,

*/s/ Ronit J. Berkovich*

Ronit J. Berkovich

cc: Jeffrey Chubak (by email)