**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Ronit Berkovich**
+1 (212) 310-8534
ronit.berkovich@weil.com

November 19, 2024

The Honorable David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004


Re: *In re TransCare Corporation* (Adversary Proceeding No. 18-01021)


Dear Judge Jones:

We represent defendant Patriarch Partners Agency Services, LLC ("PPAS") in the above-referenced action. At the November 7 hearing on the Trustee's motion (ECF No. 169), Your Honor inquired whether any court has applied 11 U.S.C. § 550(d)'s single-satisfaction rule to allow or prohibit the recovery of a fees award. *Compare* Hr'g Tr. 20:21–21:16, *with* ECF No. 178 at 6. Although neither party has identified such an application, we have examined non-bankruptcy decisions based on the Court's inquiry and have located several in which similar doctrines have been applied to preclude the recovery of legal fees. *See, e.g.*, *Win Shields Prods., Inc. v. Greer*, 2017 WL 2774443, at *5–7 (Tex. App. June 27, 2017); *Kelco Disposal, Inc. v. Browning-Ferris Indus. of Vermont, Inc.*, 845 F.2d 404, 410–11 (2d Cir. 1988), *aff'd*, 492 U.S. 257 (1989). We would be happy to provide a short supplemental brief, or simply a list of citations, as the Court prefers.

Respectfully submitted,


*/s/ Ronit Berkovich*
Ronit Berkovich


cc: Jeffrey Chubak (by email)