UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407 (DSJ) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LYNN TILTON, et al.,<br><br>Defendants. | Adv. Pro No. 18-01021 (DSJ)<br><br>**ORDER AND JUDGMENT**<br><br>BC 25,0005 |

For the reasons set forth in the Decision Partly Granting Trustee's Motion to Approve Attorney's Fees, entered February 5, 2025 (ECF #190), it is hereby ORDERED and ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al. ("Trustee") and against defendant Patriarch Partners Agency Services, LLC ("PPAS") in the amount of $2,765,358.84; and post-judgment interest shall accrue thereon at the rate prescribed by 28 U.S.C. § 1961.

2. The foregoing attorneys' fee award against PPAS is not subject to reduction or offset under 11 U.S.C. § 550(d) on account of the amended judgment in favor of the Trustee and against defendant Lynn Tilton (S.D.N.Y. 20-cv-06523 ECF #23) having been satisfied.

Dated: New York, New York
       February 7, 2025

                                              *s/ David S. Jones*
                                             Honorable David S. Jones
                                             United States Bankruptcy Judge