Ronit Berkovich
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Mark A. Perry
Christopher Conrad
WEIL, GOTSHAL & MANGES LLP
2001 M St NW #600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Counsel for Defendant Patriarch
Partners Agency Services, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, *et al*.,<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 16-10407-DSJ<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation*, et al*.,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>LYNN TILTON, *et al*.,<br>　　　　　　　　　　Defendants. | Adv. Pro. No. 18-AP-01021-DSJ |

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION**
**OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

　　Appellant, Patriarch Partners Agency Services, LLC ("**PPAS**"), by and through its undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues, designation of items to be included in the record on

appeal, and certification regarding transcripts with respect to the Notice of Appeal filed by PPAS on February 21, 2025 [ECF No. 192]. As set forth in the Notice of Appeal, PPAS seeks review of the February 7, 2025 *Order and Judgment* [ECF No. 191] (the "**Judgment**") along with the accompanying *Decision Partly Granting Trustee's Motion to Approve Attorneys' Fees* [ECF No. 190] (the "**Decision**").

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court violated 11 U.S.C. § 550(d)'s single-satisfaction rule when it authorized a Chapter 7 trustee to recover attorneys' fees on a fraudulent transfer award against one defendant (PPAS) when the trustee had already recovered a complete satisfaction for the same avoided transfer from another defendant (Lynn Tilton).

2. Whether the Bankruptcy Court erred as a matter of law by exempting prejudgment interest from 11 U.S.C. § 550(d)'s single-satisfaction rule.

3. Whether the Bankruptcy Court erred as a matter of law by failing to consider independent state law grounds for applying an offset to the trustee's attorneys' fees request.

4. Whether the Bankruptcy Court erred as a matter of law by indicating that the former version of New York's Debtor and Creditor Law applies to the trustee's attorneys' fee claim, when the claim matured after the enactment of the current version of the law.

5. Whether the Bankruptcy Court erred as a matter of law in misapplying federal precedent to allow the trustee to recover attorneys' fees under New York law for non-compensable work that would have occurred regardless of the trustee's claim that gave rise to his attorneys' fees request.

# DESIGNATION OF RECORD ON APPEAL:[1]

PPAS respectfully designates the following items for inclusion in the record on appeal pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure. This designation includes all exhibits attached or referred to in the pleadings or matters of record.

**Adversary Proceeding Docket Entries (Adv. Proc. No. 18-01021 (DSJ))**

| ECF No. | Date Filed | Description |
|---|---|---|
| 138 | 07/06/2020 | Post-Trial Findings of Fact and Conclusions of Law |
| 139 | 07/14/2020 | Trustee's Letter Regarding Briefing Schedule and Proposed Judgment |
| 141 | 07/15/2020 | Judgment against PPAS |
| 169 | 02/07/2024 | Trustee's Motion to Approve Attorneys' Fees Award Against Defendant Patriarch Partners Agency Services, LLC Under Debtor & Creditor Law § 276-a |
| 170 | 02/07/2024 | Notice of Hearing on Motion to Approve Attorneys' Fees |
| 176 | 04/03/2024 | Trustee's Notice of Adjournment of Hearing |
| 177 | 05/14/2024 | Trustee's Notice of Adjournment of Hearing |
| 178 | 07/15/2024 | Objection of PPAS to Trustee's Motion to Approve Attorneys' Fees |
| 179 | 07/15/2024 | Declaration of Christopher Conrad in Support of PPAS's Objection |
| 180 | 07/17/2024 | Trustee's Notice of Adjournment of Hearing |
| 181 | 07/19/2024 | PPAS's Letter Requesting Leave to File Sur-Reply |
| 182 | 07/29/2024 | Memorandum Endorsed Order Granting Leave to File Sur-Reply |
| 183 | 10/09/2024 | Trustee's Notice of Adjournment of Hearing |
| 184 | 10/21/2024 | Trustee's Reply in Support of Motion for Attorneys' Fees Award Against Defendant Patriarch Partners Agency Services, LLC Pursuant to Debtor and Creditor Law |
| 185 | 10/25/2024 | Authorized Sur-Reply of Patriarch Partners Agency Services, LLC in Response to the Trustee's Reply in Support of his Motion for an Award of Attorneys' Fees |

---

[1] For the avoidance of doubt, the items designated herein for the record on appeal shall include all exhibits, submissions, appendixes, and/or other related documents filed with each item.

| ECF No. | Date Filed | Description |
|---|---|---|
| 187 | 11/20/2024 | PPAS's Letter Regarding Supplemental Authorities |
| 188 | 11/20/2024 | Trustee's Letter Reply to PPAS's Supplemental Authorities |
| 189 | 11/22/2024 | Transcript of Hearing Held on November 7, 2024 |
| 190 | 02/05/2025 | Decision Partly Granting Trustee's Motion to Approve Attorneys' Fees |
| 191 | 02/07/2025 | Order and Judgment |

### PPAS v. LaMonica District Court Docket Entries (Case No. 20-cv-06274 (LAK))

| ECF No. | Date Filed | Description |
|---|---|---|
| 16 | 09/29/2021 | Memorandum Opinion Affirming Bankruptcy Court Judgment |
| 18 | 12/14/2021 | Memorandum Opinion Granting Motion for Amended Judgment |
| 21 | 01/26/2024 | Mandate of USCA Affirming District Court and Bankruptcy Court Judgments |

### LaMonica v. Tilton District Court Docket Entries (Case No. 20-cv-06523 (LAK))

| ECF No. | Date Filed | Description |
|---|---|---|
| 09 | 09/29/2021 | Memorandum Opinion Affirming Bankruptcy Court Judgment |
| 10 | 10/04/2021 | Proposed Judgment Against Lynn Tilton |
| 11 | 10/06/2021 | Judgment Against Lynn Tilton |
| 14 | 10/18/2021 | Memorandum of Law in Support of Plaintiff's Motion for Amended Judgment Against Defendant Lynn Tilton |
| 18 | 11/01/2021 | Tilton's Memorandum of Law in Opposition to Plaintiff's Motion for Amended Judgment Against Defendant Lynn Tilton |
| 19 | 11/01/2021 | Declaration of Michael T. Mervis in Connection with Defendant Lynn Tilton's Opposition to Plaintiff's Motion for Amended Judgment Against Defendant Lynn Tilton |
| 20 | 11/05/2021 | Reply Memorandum of Laws in Further Support of Plaintiff's Motion for Amended Judgment Against Defendant Lynn Tilton |

| ECF No. | Date Filed | Description |
|---|---|---|
| 21 | 12/14/2021 | Memorandum Opinion Granting Motion for Amended Judgment |
| 23 | 12/22/2021 | Amended Judgment Against Lynn Tilton |
| 27 | 11/08/2023 | Mandate of USCA Affirming District Court and Bankruptcy Court Judgments |
| 44 | 12/07/2023 | Satisfaction of Judgment |

### LaMonica v. Tilton 2nd Circuit Docket Entries (Case No. 21-2547)

| ECF No. | Date Filed | Description |
|---|---|---|
| 45 | 03/09/2022 | Brief for Defendant-Appellant |
| 90 | 07/15/2022 | Brief for Trustee-Appellee |
| 96 | 08/02/2022 | Reply Brief for Defendant-Appellant |
| 123 | 02/21/2023 | Defendant-Appellant's Post-Argument Letter Brief |
| 126 | 02/27/2023 | Trustee-Appellee's Post-Argument Letter Brief |
| 130 | 08/28/2023 | Opinion Affirming District Court and Bankruptcy Court Judgments |
| 131 | 08/28/2023 | Opinion Dissenting in Part |
| 137 | 08/28/2023 | Judgment Affirming District Court and Bankruptcy Court Judgments |
| 148 | 11/08/2023 | Judgment and Mandate |

### PPAS v. LaMonica 2nd Circuit Docket Entries (Case No. 21-2576)

| ECF No. | Date Filed | Description |
|---|---|---|
| 43 | 03/29/2022 | Brief for Defendant-Appellant |
| 90 | 07/15/2022 | Brief for Trustee-Appellee |
| 96 | 08/02/2022 | Reply Brief for Defendant-Appellant |
| 121 | 02/21/2023 | Defendant-Appellant's Post-Argument Letter Brief |
| 122 | 02/27/2023 | Defendant-Appellee's Post-Argument Letter Brief |
| 126 | 08/28/2023 | Opinion Affirming District Court and Bankruptcy Court Judgments |
| 127 | 08/28/2023 | Opinion Dissenting in Part |

| ECF No. | Date Filed | Description |
|---|---|---|
| 133 | 08/28/2023 | Judgment Affirming District Court and Bankruptcy Court Judgments |
| 144 | 11/08/2023 | Judgment and Mandate |

## CERTIFICATION REGARDING TRANSCRIPTS

PPAS, pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, hereby certifies that it is not ordering any transcripts. All transcripts have been prepared, are on the docket, and are designated in the foregoing designation of the record.

## RESERVATION OF RIGHTS

PPAS expressly reserves the right to (i) withdraw, supplement, amend or modify this Statement of Issues and Designation of Record on Appeal and (ii) move to strike any items included by the Appellees in a designation of additional items. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: New York, New York
      March 7, 2025

Respectfully submitted,

*/s/ Ronit Berkovich*
Ronit Berkovich
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Mark A. Perry
Christopher Conrad
WEIL, GOTSHAL & MANGES LLP
2001 M St NW #600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

*Counsel for Defendant Patriarch Partners Agency Services, LLC*