Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Counsel for Plaintiff-Judgment Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION, et al., | 16-bk-10407 (DSJ) |
| Debtors. | (Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., | 18-ap-1021 (DSJ) |
| Plaintiff, | |
| v. | |
| LYNN TILTON, et al., | |
| Defendants. | |

**NOTICE OF HEARING ON MOTION FOR TURNOVER OF**
**PPAS FUNDS ON DEPOSIT AT TRUIST BANK AND FOR LEAVE**
**TO REGISTER PPAS JUDGMENT IN WESTERN DISTRICT OF**
**NORTH CAROLINA AND DISTRICT OF MASSACHUSETTS**

PLEASE TAKE NOTICE that a hearing on the **Motion for Turnover of PPAS Funds on Deposit at Truist Bank and for Leave to Register PPAS Judgment in Western District of North Carolina and District of Massachusetts** filed May 16, 2025 by plaintiff-judgment creditor Salvatore LaMonica, as Chapter 7 Trustee will be held before the Honorable David S. Jones, United States Bankruptcy Judge, on June 26, 2025, at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE the hearing will be conducted remotely by Zoom. Parties wishing to appear must make an electronic appearance via the Court's eCourt Appearances tool by 4:00 p.m. the business day before the hearing. Following that deadline, the Court will

email the Zoom link for the hearing to those parties which have made an electronic appearance. Parties wishing to appear must make an electronic appearance via the above link, and not by emailing or otherwise contacting the Court.

PLEASE TAKE FURTHER NOTICE that any response or objection to the Motion must be filed by June 19, 2025.

| | |
|---|---|
| Dated: New York, New York<br>May 16, 2025 | Amini LLC<br><br>/s/ Jeffrey Chubak<br>Avery Samet<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 490-4700<br>asamet@aminillc.com<br>jchubak@aminillc.com<br>Special Counsel for Plaintiff-Judgment Creditor |

To: Truist Bank
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2543
bbtlegalprocesses@truist.com

Patriarch Partners Agency Services LLC
c/o Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ronit Berkovich