UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION, et al., | 16-bk-10407 (DSJ) |
| Debtors. | (Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., | 18-ap-1021 (DSJ) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LYNN TILTON, et al., | Re: ECF #195 |
| Defendants. | |

      I, Jeffrey Chubak, hereby certify that on May 16, 2025, I emailed a copy of the **Motion for Turnover of PPAS Funds on Deposit at Truist Bank and for Leave to Register PPAS Judgment in Western District of North Carolina and District of Massachusetts** (ECF #195), together with all exhibits thereto (ECF #195-1, #195-2, #195-3, #195-4, #195-5), the declaration in support (ECF #195-6), proposed order (ECF #195-7) and notice of hearing (#195-8) to Truist Bank, at bbtlegalprocesses@truist.com the address indicated in ECF #195-5.  A true copy of the transmittal email is attached hereto as Exhibit 1.  I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of May, 2025.

                                                                           /s/ Jeffrey Chubak