

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
In re:

TRANSCARE CORPORATION, et al.,

        Debtors.
----------------------------------------------X
SALVATORE LAMONICA, as Chapter 7
Trustee of the Jointly-Administered Estates
of TransCare Corporation, et al.,

        Plaintiff(s),
-against-

LYNN TILTON, et al.,

        Defendant(s).
----------------------------------------------X

Chapter 7
16-bk-10407(DSJ)

18-ap-1021(DSJ)
AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
    S.S.
COUNTY OF ALBANY    )

    DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 21ST day of May, 2025, at approximately the time of 11:35a.m, deponent served MOTION FOR TURNOVER WITH ACCOMPANYING EXHIBITS, DECLARATION, PROPOSED ORDER AND NOTICE OF HEARINGP upon TRUIST BANK, c/o Corporation Service Company, 80 State Street, Albany, New York, in this action, by delivering to and leaving with LEGAL REPRESENTATIVE, who is authorized by appointment to accept service at this address.

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com



LEGAL REPRESENTATIVE is a white male, approximate 42 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 220 pounds with brown hair.

_____
DEBORAH LaPOINTE

Sworn to before me this 21ST
day of May, 2025

_____
NOTARY PUBLIC

KELLY A BRUNELLE
NOTARY PUBLIC, STATE OF NEW YORK
Certified in Rensselaer County
ID# 01BR5049626
Commission Expires 9/18/25

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com