Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Counsel for Plaintiff-Judgment Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>                                                    Debtors. | Chapter 7<br><br>16-bk-10407 (DSJ)<br><br>(Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>                                                    Plaintiff,<br>v.<br>LYNN TILTON, et al.,<br>                                                    Defendants. | 18-ap-1021 (DSJ)<br><br>**NOTICE OF ADJOURNMENT OF HEARING**<br><br>Re: ECF #195 |

PLEASE TAKE NOTICE that the hearing on the **Motion for Turnover of PPAS Funds on Deposit at Truist Bank and for Leave to Register PPAS Judgment in Western District of North Carolina and District of Massachusetts** (ECF #195), that was previously scheduled for June 26, 2025, at 10:00 a.m., has been adjourned to **September 16, 2025, at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE the hearing will be conducted remotely by Zoom. Parties wishing to appear must make an electronic appearance via the Court's eCourt Appearances tool by 4:00 p.m. the business day before the hearing. Following that deadline, the Court will email the Zoom link for the hearing to those parties which have made an electronic appearance. Parties wishing to appear must make an electronic appearance via the above link, and not by emailing or otherwise contacting the Court.

| | | |
|---|---|---|
| Dated: | New York, NY<br>June 5, 2025 | Amini LLC<br><br>/s/ Jeffrey Chubak<br>Avery Samet<br>Jeffrey Chubak<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>(212) 490-4700<br>asamet@aminillc.com<br>jchubak@aminillc.com<br>Special Counsel for Plaintiff-Judgment Creditor |
| To: | Truist Bank<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543<br>bbtlegalprocesses@truist.com<br><br>Patriarch Partners Agency Services LLC<br>c/o Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ronit Berkovich | |