UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION, et al., | 16-bk-10407 (DSJ) |
| Debtors. | (Jointly Administered) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., | 18-ap-1021 (DSJ) |
| Plaintiff, v. LYNN TILTON, et al., | **NOTICE OF WITHDRAWAL OF MOTION** |
| Defendants. | Re: ECF #195 |

PLEASE TAKE NOTICE that plaintiff-judgment creditor Salvatore LaMonica as Chapter 7 trustee hereby withdraws the motion for turnover and for leave to register the judgment against Patriarch Partners Agency Services LLC in other districts (ECF #195) that was scheduled to be heard September 30, 2025, at 10:00 a.m.

Dated:  New York, NY
September 18, 2025

Amini LLC

/s/ Jefrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
Special Counsel for Plaintiff-Judgment Creditor